UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJ10-164 |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| KARLA VELASCO-VELAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Offenses charged:

Misuse of Social Security Numbers and

False Claim to Citizenship and Misuse of Social Security Numbers.

Date of Detention Hearing:  April 15, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The Court did not receive any information about defendant's personal history, employment,

DETENTION ORDER - 1

1  health, ties to the community or drug/alcohol use.  An immigration detainer has been lodged

2  against defendant and defendant stipulated to detention.

3       It is therefore ORDERED:

4       (1)     Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9       (3)     On order of a court of the United States or on request of an attorney for the

10  Government, the person in charge of the correctional facility in which Defendant is confined

11  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12  connection with a court proceeding; and

13       (4)     The clerk shall direct copies of this order to counsel for the United States, to

14  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15  Officer.

16       DATED this 15th day of April, 2010.

17

18

19  _____

20  BRIAN A. TSUCHIDA
    United States Magistrate Judge

21

22

23

DETENTION ORDER - 2